**Electronically Filed
Supreme Court
SCAD-16-0000165
03-AUG-2020
01:56 PM**

SCAD-16-0000165

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In re: THOMAS P. DUNN, ESQ., (Deceased)

---

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeal Associate Judge Hiraoka,
assigned by reason of vacancy)

Upon consideration of the July 31, 2020 final report, filed by Chief Disciplinary Counsel of the Office of Disciplinary Counsel Bradley Tamm, as Successor Trustee, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), over the legal practice of deceased attorney Thomas P. Dunn, and the record in this matter, we conclude that nothing further remains to be done in this trusteeship. Therefore,

IT IS HEREBY ORDERED that Successor Trustee Tamm is discharged.

IT IS FURTHER ORDERED that the clerk of the court shall close SCAD-16-0000165.

DATED: Honolulu, Hawaiʻi, August 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Keith K. Hiraoka